## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     SCOTT HALPERN

          Debtor(s)

                                  CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant

vs.

SCOTT HALPERN

                              CASE NO: 5-15-02647-JJT

          Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

        AND NOW, on July 14, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1.      An Amended Plan was filed on February 2, 2016.

2.      A Confirmation hearing was held and an Order was entered on May 3, 2016 directing that an amended plan be filed within thirty (30) days.

3.      As of the date of this Motion, an amended plan has not been filed.

4.      The delay in filing a confirmable plan in this case is prejudicial to creditors.

        WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

                      Respectfully submitted,

                      s/ Agatha R. McHale, Esq.
                      Attorney for Trustee
                      Charles J. DeHart, III
                      Standing Chapter 13 Trustee
                      Ste. A, 8125 Adams Drive
                      Hummelstown, PA  17036
                      717-566-6097

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    SCOTT HALPERN

                              CHAPTER 13

            Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE                CASE NO: 5-15-02647-JJT
           Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date:    August 9, 2016<br><br>Time:    09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before: *July 31, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                          Charles J. DeHart, III, Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097

Dated:  July 14, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:     SCOTT HALPERN                                        CHAPTER 13


                                                                         CASE NO: 5-15-02647-JJT
              Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

          AND NOW, on July 14, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

BRADLEY W WEIDENBAUM, ESQUIRE
PO BOX 721
BRODHEADSVILLE, PA  18356-

SCOTT HALPERN
2650 WOODRUFF LANE
STROUDSBURG, PA  18360

                              Respectfully Submitted,
                              s/   Vickie Williams
                              for Charles J. DeHart, III, Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097

Dated:  July 14, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    SCOTT HALPERN

             Debtor(s)                          CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                 Movant

         vs.

         SCOTT HALPERN                          CASE NO: 5-15-02647-JJT

             Respondent(s)


## ORDER DISMISSING CASE


Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.