UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SCOTT HALPERN

        Debtor(s)        CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

SCOTT HALPERN        CASE NO: 5-15-02647-JJT

        Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on July 14, 2016 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

    RESPECTFULLY SUBMITTED,
    s/ Vickie Williams
    for Charles J. DeHart, III, Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA  17036
    Phone:  (717) 566-6097

Dated: July 14, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT HALPERN

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

SCOTT HALPERN

Respondent(s)

CHAPTER 13

CASE NO: 5-15-02647-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on July 14, 2016.

BRADLEY W WEIDENBAUM, ESQUIRE
PO BOX 721
BRODHEADSVILLE, PA 18356-

SCOTT HALPERN
2650 WOODRUFF LANE
STROUDSBURG, PA 18360

RESPECTFULLY SUBMITTED,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 14, 2016