IN RE: SCOTT HALPERN

        Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

SCOTT HALPERN

CASE NO: 5-15-02647-JJT

        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on July 14, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on February 2, 2016.

2. A Confirmation hearing was held and an Order was entered on May 3, 2016 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    717-566-6097

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT HALPERN

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

CASE NO: 5-15-02647-JJT

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: August 9, 2016<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before: *July 31, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: July 14, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: SCOTT HALPERN                                CHAPTER 13

                                                    CASE NO: 5-15-02647-JJT
Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

## CERTIFICATE OF SERVICE

AND NOW, on July 14, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

BRADLEY W WEIDENBAUM, ESQUIRE
PO BOX 721
BRODHEADSVILLE, PA  18356-

SCOTT HALPERN
2650 WOODRUFF LANE
STROUDSBURG, PA  18360

                                        Respectfully Submitted,
                                        s/   Vickie Williams
                                        for Charles J. DeHart, III, Trustee
                                        8125 Adams Drive, Suite A
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097

Dated:  July 14, 2016

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   SCOTT HALPERN

        Debtor(s)　　　　　　　　　　CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

vs.

SCOTT HALPERN　　　　　　　　　　CASE NO: 5-15-02647-JJT

        Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.