UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Scott Halpern | CASE NO: 5:15-02647-JJT |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: John J. Thomas |
| | Hearing Location: Max Rosenn Courthouse 197 South Main St. Wilkes Barre PA 18071 |
| | Hearing Date: September 13 2016 |
| | Hearing Time: 9:30 AM |
| | Response Date: August 28 2016 |

On 7/28/2016, I did cause a copy of the following documents, described below,

Notice of Hearing Date and Objection to Plan Deadline,

Second Amended Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 7/28/2016

/s/ Bradley Warren Weidenbaum Esq.
Bradley Warren Weidenbaum Esq.   85241
Bradley Warren Weidenbaum Attorney at Law
1479 Rt 209 PO Box 721
Brodheadsville, PA  18322
570 992 3900
postergo@epix.net

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scott Halpern | CASE NO: 5:15-02647-JJT |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: John J. Thomas |
| | Hearing Location: Max Rosenn Courthouse 197 South Main St. Wilkes Barre PA 18071 |
| | Hearing Date: September 13 2016 |
| | Hearing Time: 9:30 AM |

On 7/28/2016, a copy of the following documents, described below,

Notice of Hearing Date and Objection to Plan Deadline,

Second Amended Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/28/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bradley Warren Weidenbaum Attorney at Law
Bradley Warren Weidenbaum Esq.
1479 Rt 209 PO Box 721
Brodheadsville, PA 18322

Case 5:15-bk-02647-JJT    Doc 56    Filed 07/28/16    Entered 07/28/16 11:12:25    Desc
Main Document    Page 2 of 4

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0314-5<br>CASE 5-15-BK-02647-JJT<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>WILKES-BARRE<br>THU JUL 28 08-27-21 EDT 2016 | AESPHEAA<br>1200 N. 7TH STREET 4TH FLOOR<br>HARRISBURG PA 17102-1419 | ALLY FINANCIAL<br>P.O. BOX 380901<br>BLOOMINGTON MN 55438-0901 |
| ALLY FINANCIAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 | AMERICAN EXPRESS CENTURION BANK<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | AMEX<br>P.O. BOX 981537<br>EL PASO TX 79998-1537 |
| BRADLEY WARREN WEIDENBAUM<br>PO BOX 721<br>BRODHEADSVIILLE PA 18322-0721 | BURTON NEIL & ASSOCIATES P.C.<br>BRIT J. SUTTELL ESQ.<br>1060 ANDREW DRIVE SUITE 170<br>WEST CHESTER PA 19380-5601 | CAPITOL ONE HOME LOANS LLC<br>12800 FOSTER ST.<br>OVERLAND PARK KS 66213-2623 |
| CITI<br>PO BOX 62473<br>SIOUX FALLS SD 57117-6243 | CITI BANK N.A.<br>1000 TECHNOLOGY DRIVE<br>O FALLON MO 63368-2239 | CHARLES J. DEHART III (TRUSTEE)<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| JOSHUA I GOLDMAN<br>KML LAW GROUP P.C.<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | *DEBTOR*<br>SCOTT HALPERN<br>2650 WOODRUFF LANE<br>STROUDSBURG PA 18360-7525 | HALPERN SCOTT<br>2650 WOODRUFF LANE<br>STROUDSBURG PA 18360-7525 |
| MIDFIRST BANK<br>999 NORTHWEST GRAND BOULEVARD<br>OKLAHOMA CITY OK 73118-6051 | MIDLAND MTGMIDFIRST<br>PO BOX 268959<br>OKLAHOMA CITY OK 73126-8959 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 |
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BUREAU OF COMPLIANCE LIEN SECTION<br>PO BOX 280948<br>HARRISBURG PA 17128-0948 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| POWELL INC<br>1 FISHER STREET<br>HALIFAX PA 17032-8845 | THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | U S DEPT OF EDGSLATL<br>PO BOX 4222<br>IOWA CITY IA 52244 |
| U.S. DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>ST. PAUL MN 55116-0448 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | BRADLEY WARREN WEIDENBAUM<br>PO BOX 721<br>BRODHEADSVILLE PA 18322-0721 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| WELLS FARGO BANK | WELLS FARGO CARD SERVICES |
|---|---|
| PO BOX 14517 | 1 HOME CAMPUS 3RD FLOOR |
| DES MOINES IA 50306-3517 | DES MOINES IA 50328-0001 |