```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                        Case No. 15-02647-JJT
Scott Halpern                                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5        User: PRadginsk        Page 1 of 1        Date Rcvd: Nov 15, 2016
                            Form ID: ntcnfhrg      Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.

```
db          +Scott Halpern,   2650 Woodruff Lane,   Stroudsburg, PA 18360-7525
4662258     +Aes/pheaa,   1200 N. 7th Street 4th Floor,   Harrisburg, PA 17102-1419
4697036      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4662260     +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
4662257     +Bradley Warren Weidenbaum,   PO Box 721,   Brodheadsviille, PA 18322-0721
4814510     +CAPITOL ONE HOME LOANS, LLC,   12800 FOSTER ST.,   OVERLAND PARK, KS 66213-2623
4662262      Citi,   PO Box 62473,   Sioux Falls, SD 57117-6243
4662263     +Citi Bank, N.A.,   1000 Technology Drive,   O'Fallon, MO 63368-2239
4662256     +Halpern Scott,   2650 Woodruff Lane,   Stroudsburg, PA 18360-7525
4708962     +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
4662264     +Midland Mtg/midfirst,   Po Box 268959,   Oklahoma City, OK 73126-8959
4677017     +PHEAA,   PO Box 8147,   Harrisburg PA 17105-8147
4662265      Pennsylvania Department of Revenue,   Bureau Of Compliance Lien Section,   PO Box 280948,
              Harrisburg, PA  17128-0948
4662266     +Powell Inc,   1 Fisher Street,   Halifax, PA 17032-8845
4662267     +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
4662268      U S Dept Of Ed/gsl/atl,   Po Box 4222,   Iowa City, IA  52244
4725007      U.S. Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
4662269     +Wells Fargo Bank,   Po Box 14517,   Des Moines, IA 50306-3517
4713785     +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4662259     +E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2016 19:28:08     Ally Financial,
              P.o. Box 380901,   Bloomington, MN 55438-0901
4686336      E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2016 19:28:08     Ally Financial,
              PO Box 130424,   Roseville, MN 55113-0004
4662261     +E-mail/Text: notices@burt-law.com Nov 15 2016 19:29:16     Burton Neil & Associates, P.C.,
              Brit J. Suttell, Esq.,   1060 Andrew Drive Suite 170,   West Chester, PA 19380-5601
4715133      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 19:31:19
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4672766      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2016 19:28:38
              Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4705689*      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4725008*      U.S. Department of Education,   PO Box 16448,   St. Paul, MN 55116-0448
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
```
          Bradley Warren Weidenbaum    on behalf of Debtor Scott  Halpern weidenbaumlaw@gmail.com,
           G25181@notify.cincompass.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Scott Halpern
Debtor(s)

Chapter 13

Case No. 5:15−bk−02647−JJT

## Amended Notice

The confirmation hearing has been rescheduled for the Debtor on the date indicated below.

A deadline of **December 13, 2016** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Amended Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 13, 2016<br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 15, 2016 |