UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SCOTT HALPERN | CASE NO: 5:15-02647 |
| | **DECLARATION OF MAILING** |
| | **CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: John J. Thomas |
| | Hearing Location: 197 S. South Main St. Wilkes Barre PA 18071 |
| | Hearing Date: 12/20/2016 |
| | Hearing Time: 9:30 A.M. |
| | Response Date: 11/18/16 |

On 10/18/2016, I did cause a copy of the following documents, described below,

Debtor's Third Amended Plan - Preconfirmaiton ,

Notice of Objection Date and Confirmaiton Hearing and Location

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 10/18/2016

/s/ Bradley W. Weidenbaum
Bradley W. Weidenbaum  85241
Bradley W. Weidenbaum - Attorney at Law
1479 Rt. 209; PO Box 721
Brodheadsville, PA  18322
570 992 3900
postergo@epix.net

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SCOTT HALPERN | CASE NO: 5:15-02647 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: John J. Thomas |
| | Hearing Location: 197 S. South Main St. Wilkes Barre PA 18071 |
| | Hearing Date: 12/20/2016 |
| | Hearing Time: 9:30 A.M. |

On 10/18/2016, a copy of the following documents, described below,

Debtor's Third Amended Plan - Preconfirmaiton ,

Notice of Objection Date and Confirmaiton Hearing and Location

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/18/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Bradley W. Weidenbaum - Attorney at Law
Bradley W. Weidenbaum
1479 Rt. 209; PO Box 721
Brodheadsville, PA 18322

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

1 LABEL MATRIX FOR LOCAL NOTICING
 03145
 CASE 5-15-BK-02647-JJT
 MIDDLE DISTRICT OF PENNSYLVANIA
 WILKES-BARRE
 TUE OCT 18 08-28-03 EDT 2016

2 AESPHEAA
 1200 N 7TH STREET 4TH FLOOR
 HARRISBURG PA 17102-1419

3 ALLY FINANCIAL
 PO BOX 380901
 BLOOMINGTON MN 55438-0901

4 ALLY FINANCIAL
 PO BOX 130424
 ROSEVILLE MN 55113-0004

5 AMERICAN EXPRESS CENTURION BANK
 CO BECKET AND LEE LLP
 POB 3001
 MALVERN PA 19355-0701

6 AMEX
 PO BOX 981537
 EL PASO TX 79998-1537

7 BRADLEY WARREN WEIDENBAUM
 PO BOX 721
 BRODHEADSVIILLE PA 18322-0721

8 BURTON NEIL ASSOCIATES PC
 BRIT J SUTTELL ESQ
 1060 ANDREW DRIVE SUITE 170
 WEST CHESTER PA 19380-5601

9 CAPITOL ONE HOME LOANS LLC
 12800 FOSTER ST
 OVERLAND PARK KS 66213-2623

10 CITI
 PO BOX 62473
 SIOUX FALLS SD 57117-6243

11 CITI BANK NA
 1000 TECHNOLOGY DRIVE
 OFALLON MO 63368-2239

12 CHARLES J DEHART III TRUSTEE
 8125 ADAMS DRIVE SUITE A
 HUMMELSTOWN PA 17036-8625

*DEBTOR*

13 JOSHUA I GOLDMAN
 KML LAW GROUP PC
 701 MARKET STREET
 SUITE 5000
 PHILADELPHIA PA 19106-1541

14 SCOTT HALPERN
 2650 WOODRUFF LANE
 STROUDSBURG PA 18360-7525

15 HALPERN SCOTT
 2650 WOODRUFF LANE
 STROUDSBURG PA 18360-7525

16 MIDFIRST BANK
 999 NORTHWEST GRAND BOULEVARD
 OKLAHOMA CITY OK 73118-6051

17 MIDLAND MTGMIDFIRST
 PO BOX 268959
 OKLAHOMA CITY OK 73126-8959

18 PHEAA
 PO BOX 8147
 HARRISBURG PA 17105-8147

19 PENNSYLVANIA DEPARTMENT OF REVENUE
 BUREAU OF COMPLIANCE LIEN SECTION
 PO BOX 280948
 HARRISBURG PA 17128-0948

20 PENNSYLVANIA DEPARTMENT OF REVENUE
 BANKRUPTCY DIVISION PO BOX 280946
 HARRISBURG PA 17128-0946

21 PORTFOLIO RECOVERY ASSOCIATES LLC
 PO BOX 41067
 NORFOLK VA 23541-1067

22 POWELL INC
 1 FISHER STREET
 HALIFAX PA 17032-8845

23 THDCBNA
 PO BOX 6497
 SIOUX FALLS SD 57117-6497

24 U S DEPT OF EDGSLATL
 PO BOX 4222
 IOWA CITY IA 52244

25 US DEPARTMENT OF EDUCATION
 PO BOX 16448
 ST PAUL MN 55116-0448

*EXCLUDE*
26 ~~UNITED STATES TRUSTEE~~
 ~~228 WALNUT STREET SUITE 1190~~
 ~~HARRISBURG PA 17101-1722~~

27 BRADLEY WARREN WEIDENBAUM
 PO BOX 721
 BRODHEADSVILLE PA 18322-0721

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


28   WELLS FARGO BANK                      29   WELLS FARGO CARD SERVICES
 PO BOX 14517                                1 HOME CAMPUS 3RD FLOOR
 DES MOINES IA 50306-3517                    DES MOINES IA 50328-0001
```