## LOCAL BANKRUPTCY FORM 2016-2(b)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SCOTT HALPERN       :    **CHAPTER 13**

              :

              :    **CASE NO.** __5__-__13__-bk-__5:15-02647__

              :

              :

        **Debtor(s)**    :

### APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

*(Name of applicant)* Bradley Warren Weidenbaum applies for approval of compensation as Chapter 13 Debtor(s)' counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1.   Applicant is counsel for Debtor(s).

2.   Debtor(s) filed a petition for bankruptcy relief on _____6/22/2015_____ *(date)*.

3.   Applicant previously filed a Disclosure of Compensation of Attorney for Debtor(s) pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A" to this Application.

4.   Debtor(s) and Applicant have executed a Rights and Responsibilities Agreement and a copy of the Agreement was provided to Debtor(s).

5.   This Application is _____final_____ *(state whether an interim or a final application)*.

6.   *(Check all applicable items)*

     [ ]   a.   Debtor(s)' Chapter 13 Plan was confirmed on _____ *(date)*.

     [ ]   b.   The order approving the last post-confirmation modification of Debtor(s)' confirmed Chapter 13 plan was entered on _____ *(date)*.

     [✓]   c.   Debtor(s) have not confirmed a Plan.

7.   The dates and amounts of previous compensation paid are:

     a.   as a retainer $1500.00 6/21/2015; _____ *(list dates and amounts)*;

     b.   paid by the Chapter 13 Trustee through a confirmed Plan $2500.00 12/13/2016 _____ *(list dates and amounts)*;

     c.   other _____
         *(describe source, amount and date paid)*.

8.     Compensation previously approved by the Court following the filing of an interim
Application are:

n/a

_____ *(dates and amounts).*

9.     If Applicant has not agreed with Debtor(s) to accept the Presumptively Reasonable Fee
("PRF"), or is filing a supplemental fee application after confirmation of the Plan in
addition to the PRF, Applicant requests compensation in the amount of $ 2500.00 PRF
and reimbursement of expenses in the amount of $_____ for the period of
_____ to _____. A chronological listing of services
performed and itemization of expenses for which reimbursement is requested for this
time is attached as Exhibit "B" to this Application.

10.    Legal services were provided by all professionals at the hourly rates set forth at the
beginning of the chronological listing of services provided on Exhibit "B."

11.    *(Check one)*

    [✓]  Debtor(s) have reviewed this Application prior to its filing and have approved the
requested amounts.

    [ ]  Debtor(s) have reviewed this Application prior to its filing and have not approved
the requested amounts.

    [ ]  Debtor(s) have not reviewed this Application prior to its filing.

    [ ]  Debtor(s) have not approved the requested amounts.

12.    Objections are pending to the following prior fee applications: (*list date application was
filed and name of objector, if no objections pending state "none"*).

_____

_____

_____

      WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the
requested compensation in the amount of $ 2500.00 and reimbursement of expenses in the
amount of $ -0- pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to
determine that all prior interim orders are final.

Dated:    12/12/2016          /s/Bradley Warren Weidenbaum
Applicant's Signature