IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )    NOTICE OF APPLICATION
SCOTT HALPERN                         )    FOR COMPENSATION &
Debtor.                               )    Objection Date
                                      )    Case No. 5:15-02647-JJT
                                      )

NOTICE OF APPLICATION OF COMPENSATION
&
**Objection Date**

And Now Comes the debtor's counsel, Bradley Warren Weidenbaum, Esq. and hereby notifies all interested parties that debtor's counsel has submitted a motion for compensation relative for attorney services rendered in conjunction with Debtor's Third Amended Plan submitted to this Court for confirmation on December 12, 2016. See attached motion for compensation. Objections must be filed in writing with the Court by **January 3, 2017**.

Respectfully submitted,

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514


DATE OF NOTICE: 12/12/2016