IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | NOTICE OF APPLICATION |
| SCOTT HALPERN | ) | FOR COMPENSATION & |
| Debtor. | ) | Objection Date |
| | ) | Case No. 5:15-02647-JJT |
| | ) | |

NOTICE OF APPLICATION OF COMPENSATION
&
**Objection Date**

And Now Comes the debtor's counsel, Bradley Warren Weidenbaum, Esq. and hereby notifies all interested parties that debtor's counsel has submitted a motion for compensation relative for attorney services rendered in conjunction with Debtor's Third Amended Plan submitted to this Court for confirmation on December 12, 2016. See attached motion for compensation. Objections must be filed in writing with the Court by **January 3, 2017**.

Respectfully submitted,

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514


DATE OF NOTICE: 12/12/2016

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Certificate of Service |
| SCOTT HALPERN | ) | |
| Debtor. | ) | |
| | ) | Case No. 5:15-02647-JJT |

CERTIFICATE OF SERVICE

    I, Bradley Warren Weidenbaum, Esq. hereby certify that I served a true and correct copy of Debtor's Motion for Compensation and Expenses and Notice of Objection Date on all creditors listed on debtor's matrix [see attached matrix]. The foregoing documents were served via United States Mail, First Class Postage Prepaid on December 12, 2016. I make the foregoing certification under and subject to the penalties for false reports to authorities. 18 Pa.C.S. § 4904.

Respectfully submitted,

/s/Bradley Warren Weidenbaum, Esq.
PA Supreme Court ID 85241
P.O. Box 721
Brodheadsville, PA 18322
(570) 992-3900 Fax (570) 227-4514

**LOCAL BANKRUPTCY FORM 2016-2(b)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
SCOTT HALPERN                                  :   CHAPTER 13
                                               :
                                               :   CASE NO. 5 - 13 -bk- 5:15-02647
                                               :
                                               :
        **Debtor(s)**                          :

**APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

      *(Name of applicant)* Bradley Warren Weidenbaum applies for approval of compensation as Chapter 13 Debtor(s)' counsel and for reimbursement of expenses pursuant to 11 U.S.C. § 330 as follows:

1. Applicant is counsel for Debtor(s).

2. Debtor(s) filed a petition for bankruptcy relief on 6/22/2015 *(date)*.

3. Applicant previously filed a Disclosure of Compensation of Attorney for Debtor(s) pursuant to Fed. R. Bankr. P. 2016(b), which is attached as Exhibit "A" to this Application.

4. Debtor(s) and Applicant have executed a Rights and Responsibilities Agreement and a copy of the Agreement was provided to Debtor(s).

5. This Application is final *(state whether an interim or a final application)*.

6. *(Check all applicable items)*

   ☐ a. Debtor(s)' Chapter 13 Plan was confirmed on _____ *(date)*.

   ☐ b. The order approving the last post-confirmation modification of Debtor(s)' confirmed Chapter 13 plan was entered on _____ *(date)*.

   ☑ c. Debtor(s) have not confirmed a Plan.

7. The dates and amounts of previous compensation paid are:

   a. as a retainer $1500.00 6/21/2015; *(list dates and amounts)*;

   b. paid by the Chapter 13 Trustee through a confirmed Plan $2500.00 12/13/2016 *(list dates and amounts)*;

   c. other _____
      *(describe source, amount and date paid)*.

8. Compensation previously approved by the Court following the filing of an interim Application are:
n/a
_____ (dates and amounts).

9. If Applicant has not agreed with Debtor(s) to accept the Presumptively Reasonable Fee ("PRF"), or is filing a supplemental fee application after confirmation of the Plan in addition to the PRF, Applicant requests compensation in the amount of $ 2500.00 PRF and reimbursement of expenses in the amount of $_____ for the period of _____ to _____. A chronological listing of services performed and itemization of expenses for which reimbursement is requested for this time is attached as Exhibit "B" to this Application.

10. Legal services were provided by all professionals at the hourly rates set forth at the beginning of the chronological listing of services provided on Exhibit "B."

11. (*Check one*)

    [✓] Debtor(s) have reviewed this Application prior to its filing and have approved the requested amounts.

    [ ] Debtor(s) have reviewed this Application prior to its filing and have not approved the requested amounts.

    [ ] Debtor(s) have not reviewed this Application prior to its filing.

    [ ] Debtor(s) have not approved the requested amounts.

12. Objections are pending to the following prior fee applications: (*list date application was filed and name of objector, if no objections pending state "none"*).

    _____

WHEREFORE, your Applicant respectfully requests this Honorable Court to approve the requested compensation in the amount of $ 2500.00 and reimbursement of expenses in the amount of $ -0- pursuant to 11 U.S.C. § 330, and if this is a Final Fee Application, to determine that all prior interim orders are final.

Dated: 12/12/2016                     /s/Bradley Warren Weidenbaum
                                       Applicant's Signature

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:15-bk-02647-JJT<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon Dec 12 21:44:12 EST 2016 | Aes/pheaa<br>1200 N. 7th Street 4th Floor<br>Harrisburg, PA 17102-1419 | Ally Financial<br>P.o. Box 380901<br>Bloomington, MN 55438-0901 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| Bradley Warren Weidenbaum<br>PO Box 721<br>Brodheadsviille, PA 18322-0721 | Burton Neil & Associates, P.C.<br>Brit J. Suttell, Esq.<br>1060 Andrew Drive Suite 170<br>West Chester, PA 19380-5601 | CAPITOL ONE HOME LOANS, LLC<br>12800 FOSTER ST.<br>OVERLAND PARK, KS 66213-2623 |
| Citi<br>PO Box 62473<br>Sioux Falls, SD 57117-6243 | Citi Bank, N.A.<br>1000 Technology Drive<br>O'Fallon, MO 63368-2239 | Charles J. DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Scott Halpern<br>2650 Woodruff Lane<br>Stroudsburg, PA 18360-7525 | Halpern Scott<br>2650 Woodruff Lane<br>Stroudsburg, PA 18360-7525 |
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 | Midland Mtg/midfirst<br>Po Box 268959<br>Oklahoma City, OK 73126-8959 | PHEAA<br>PO Box 8147<br>Harrisburg PA 17105-8147 |
| Pennsylvania Department Of Revenue<br>Bureau Of Compliance Lien Section<br>PO Box 280948<br>Harrisburg, PA 17128-0948 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Powell Inc<br>1 Fisher Street<br>Halifax, PA 17032-8845 | Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U S Dept Of Ed/gsl/atl<br>Po Box 4222<br>Iowa City, IA 52244 |
| U.S. Department of Education<br>PO Box 16448<br>St. Paul, MN 55116-0448 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Bradley Warren Weidenbaum<br>PO Box 721<br>Brodheadsville, PA 18322-0721 |
| Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Card Services<br>1 Home Campus 3rd Floor<br>Des Moines, IA 50328-0001 | |

      The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
      by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

      The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MidFirst Bank

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                   29

Case 5:15-bk-02647-JJT    Doc 70    Filed 12/12/16    Entered 12/12/16 21:59:54    Desc
Main Document    Page 6 of 6