# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
MAX ROSENN UNITED STATES COURTHOUSE
197 SOUTH MAIN STREET, SUITE 150
WILKES-BARRE, PENNSYLVANIA 18701
(570) 831-2531

**JOHN J. THOMAS**
U.S. BANKRUPTCY JUDGE

January 17, 2017

**Sent via Notice of Electronic Filing only**

Bradley Warren Weidenbaum, Esquire
P.O. Box 721
Brodheadsville, PA 18322

                              RE:    SCOTT HALPERN, DEBTOR
                                       CASE NO.: 5-15-bk-02647-JJT
                                       Application for Compensation & Expenses
                                       (Doc. #67)

Dear Attorney Weidenbaum:

      On December 12, 2016, your Application for Compensation and Reimbursement of Expenses (Doc. #67) was filed in the above-captioned case.

      While the Application requests compensation for services in the amount of $2,500.00, it does not provide a description of those services. Without this information, the Court cannot make a determination of reasonableness under 11 U.S.C. § 330(a)(1). A supplement, containing a chronological listing of services performed for which reimbursement is sought, should be filed on or before thirty (30) days of the date of this letter.

      If this supplement is not filed, the Court may deny the request for compensation. Because no objections were filed to the Application, the above documents need not be served on all creditors and parties in interest.

                                            Very truly yours,

                                            Richard Rogers, Law Clerk

RPR:cms