IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SCOTT HALPERN | ) | Time Sheet |
| Debtor. | ) | |
| | ) | Case No. 5:15-02647-JJT |
| | ) | |

TIME SHEET

First Meeting with client hours…………………………………………………………………………… 2.0
Prepare Schedules …………………………………………………………………………………………….4.0
Statement of Financial Affairs …………………………………………………………………………… 1.0
Chapter 13 Plan ………………………………………………………………………………………………..2.0
Attend 341 Hearing w/ Debtor……………………………………………………………………………... 1.0
Amended Chapter 13 Plan Filed 2/2/16 …………………………………………………………………….2.0
    Printing & Mailing of plan …………………………………………………………………..$101.25
Motion to Continue Conf hg.................................................................................................5
3/19/16 Amended Disposable Income Statement 22C meeting w/debtor …………………………... 1.0
Conf. Hg. 4/5/16 via Ct. Call …………………………………………………………………………...5
Ct. Call ……………………………………………………………………………………………….$40.00
Conf. Hg. 5/3/16 Wilkes Barre …………………………………………………………………………1.0
7/28/16 Amended Plan Filed and Served…………………………………………………………….. 2.5
    Admin. Fee Printing & Mailing of Plan …………………………………………………….$106.91
Answer filed to Trustee Motion to Dismiss…………………………………………………………… .5
Amendment to Debtor's Schedules D, E & F ………………7/28/16.…………………………………..1.0
Conf. Hg. 9/13/16.…………………………………………………………………………………….. 1.0
Third Amended Plan ……………………………………………………………………………………..2.5
    Printing & Mailing 106.91…………………………………………………………………..

                               Total time 22.5 Hours @ $200.00 =$4500.00
                                            Expenses $355.07
                                                Total: $4855.07
                    Presumptively reasonable Fee:      $4000.00
                          Amt. prev. pd to counsel:      $ 1500.00
                                  Amt. Forgiven          $855.07

                                                   Balance Due: $2,500.00

                                                   Per confirmed Plan.

                                                  Respectfully submitted:


                                                 /s/Bradley Warren Weidenbaum, Esq.