LOCAL BANKRUPTCY FORM 5071-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 5-15-02647(JJT) |
| SCOTT HALPERN | : | |
|     Debtor(s) | : | CHAPTER 13 |
| | : | |
|     And | : | |
| ROSEMARY HALPERN | : | Nature of Proceeding: Request Continuance |
|     Co-Debtor | : | of Hearing for Reasons stated below: |
| | : | |
| ALLY FINANCIAL INC. | : | |
|     Movant(s) | : | |
| | : | |
| SCOTT HALPERN | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief from the Stay |
|     Respondent(s) | : | Document #: 81 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the Continuance.

Request more time for Ally Financial Inc. and the Debtor to work out a resolution.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 9, 2017          s/ Regina Cohen

                                       Attorney for    Ally Financial Inc.
                                                           Regina Cohen, Esquire
                                                           (215) 627-0303

1926365v1