United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Scott Halpern  
    Debtor

Case No. 15-02647-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-5 | User: AutoDocke | | Page 1 of 3 |
| Date Rcvd: Feb 03, 2021 | Form ID: 3180W | | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Scott Halpern, 2650 Woodruff Lane, Stroudsburg, PA 18360-7525 |
| 4662258 | + | Aes/pheaa, 1200 N. 7th Street 4th Floor, Harrisburg, PA 17102-1419 |
| 4662257 | + | Bradley Warren Weidenbaum, PO Box 721, Brodheadsviille, PA 18322-0721 |
| 4814510 | + | CAPITOL ONE HOME LOANS, LLC, 12800 FOSTER ST., OVERLAND PARK, KS 66213-2623 |
| 4662262 | | Citi, PO Box 62473, Sioux Falls, SD 57117-6243 |
| 4662256 | + | Halpern Scott, 2650 Woodruff Lane, Stroudsburg, PA 18360-7525 |
| 4708962 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 4662264 | + | Midland Mtg/midfirst, Po Box 268959, Oklahoma City, OK 73126-8959 |
| 4677017 | + | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 4662265 | | Pennsylvania Department Of Revenue, Bureau Of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 4662266 | + | Powell Inc, 1 Fisher Street, Halifax, PA 17032-8845 |
| 4662268 | | U S Dept Of Ed/gsl/atl, Po Box 4222, Iowa City, IA 52244 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 04 2021 01:28:00 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 4686336 | | EDI: GMACFS.COM | Feb 04 2021 01:28:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 4662259 | + | EDI: GMACFS.COM | Feb 04 2021 01:28:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 4697036 | | EDI: BECKLEE.COM | Feb 04 2021 01:28:00 | American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4662260 | + | EDI: AMEREXPR.COM | Feb 04 2021 01:28:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 4662261 | + | Email/Text: notices@burt-law.com | Feb 03 2021 20:11:00 | Burton Neil & Associates, P.C., Brit J. Suttell, Esq., 1060 Andrew Drive Suite 170, West Chester, PA 19380-5601 |
| 4662263 | + | EDI: CITICORP.COM | Feb 04 2021 01:29:00 | Citi Bank, N.A., 1000 Technology Drive, O'Fallon, MO 63368-2222 |
| 4868695 | | EDI: ECMC.COM | Feb 04 2021 01:28:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4868696 | | EDI: ECMC.COM | Feb 04 2021 01:28:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 4708962 | + | EDI: AISMIDFIRST | Feb 04 2021 01:28:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 4662264 | + | EDI: AISMIDFIRST | Feb 04 2021 01:28:00 | Midland Mtg/midfirst, Po Box 268959, Oklahoma |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | City, OK 73126-8959 |
| 4945953 | | EDI: PRA.COM | Feb 04 2021 01:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4945954 | | EDI: PRA.COM | Feb 04 2021 01:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 4715133 | | EDI: PRA.COM | Feb 04 2021 01:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4672766 | | EDI: PENNDEPTREV | Feb 04 2021 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4672766 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2021 20:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4662267 | + | EDI: CITICORP.COM | Feb 04 2021 01:29:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4725007 | | EDI: ECMC.COM | Feb 04 2021 01:28:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 4662269 | + | EDI: WFFC.COM | Feb 04 2021 01:28:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 4713785 | + | EDI: WFFC.COM | Feb 04 2021 01:28:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| 4705689 | * | American Express Centurion Bank, c/o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701 |
| 4725008 | * | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2021       Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

**Name**  **Email Address**

Bradley Warren Weidenbaum

on behalf of Debtor 1 Scott Halpern weidenbaumlaw@gmail.com G25181@notify.cincompass.com

Charles J DeHart, III (Trustee)
TWecf@pamd13trustee.com

ECMC
djwilcoxson@ecmc.org

James Warmbrodt
on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

Joshua I Goldman
on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Regina Cohen
on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

Thomas I Puleo
on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Scott Halpern | Social Security number or ITIN xxx–xx–4511 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:15–bk–02647–RNO | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott Halpern

2/3/21                           **By the court:** Robert N. Opel II
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**